No. 1973. PEOPLE, APPELLEE, *v.* DÍAZ, APPELLANT. — District Court of Humacao. Decided December 11, 1922. Aggravated assault and battery. There [being no bill of exceptions, statement of the case or brief of the appellant and no error appearing to have been committed, the judgment is affirmed.

No. 1988. PEOPLE, APPELLEE, *v.* PERALTA, APPELLANT. — Second District Court of San Juan. Decided December 12, 1922. Upon examination of the record no evidence appeared in support of the allegation of the complaint that the defendant was an adult male and for that reason the judgment was modified and affirmed.

No. 1953. PEOPLE, APPELLEE, *v.* SOTO, APPELLANT. — Second District Court of San Juan. Decided December 14, 1922. The appellant having made no assignment of errors or statement of facts in his brief and there appearing no substantial error, the judgment is affirmed.

No. 1931. EX PARTE PADILLA, PETITIONER-APPELLANT. — District Court of Guayama. Habeas Corpus. Decided December 14, 1922. It appearing that the petitioner was in custody within the territorial limits of the court, it follows that the court erred in holding that it was without jurisdiction, and the *Fiscal* not having shown probable cause for the arrest of the defendant, the order is reversed and the defendant discharged.

No. 1962. PEOPLE, APPELLEE, *v.* SÁNCHEZ ET AL. (MOJICA, APPELLANT).—Second District Court of San Juan. Decided December 14, 1922. The appellant having filed no brief and the record not showing the commission of any substantial error, the judgment is affirmed.

No. 1964. PEOPLE, APPELLEE, *v.* RIVERA, APPELLANT. — District Court of Humacao. Decided December 15, 1922. There being no bill of exceptions or statement of the case and no brief of the appellant, and the record not disclosing any fundamental error, the judgment is affirmed.